Samuel ELLIS, Plaintiff–Appellant,

v.

Robert LEWIS; Paula Smith; Yvonne Locklear; Dr. Ron Bell; Teri Catlett, Defendants–Appellees,

and

Glenn Williams; Hope Smith; Steve Bissell; Bonnie Strickland; Sharon Kristoff, Defendants.

No. 15-7703

United States Court of Appeals, Fourth Circuit.

Submitted: May 24, 2016

Decided: June 2, 2016

Samuel Ellis, Appellant Pro Se. Donna Elizabeth Tanner, North Carolina Department of Justice, Raleigh, North Carolina; Lucian P. Sbarra, Hedrick Gardner Kincheloe & Garofalo, LLP, Charlotte, North Carolina, for Appellees.

Before WILKINSON, MOTZ, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Samuel Ellis appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible

error. Accordingly, we affirm for the reasons stated by the district court. Ellis v. Lewis, No. 5:12–ct–03122–FL, 2015 WL 5714874 (E.D.N.C. Sept. 29, 2015). We deny Ellis' motion to appoint counsel and for the release of documents and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED.